IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Chapter 7 Case Number: 12-02038
Adversary Case Number: 12-80134

### ORDER OF JUDGMENT BY DEFAULT

The relief set forth on the following ages, for a total of ___2___ pages including this page, is hereby **ORDERED.**

---

**FILED BY THE COURT**
**05/25/2012**



US Bankruptcy Judge
District of South Carolina

Entered: 05/29/2012

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re:<br>Kathryn Ann Cavins<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Case Number: 12-02038 |
| Kathryn Ann Cavins<br><br>Plaintiff,<br><br>vs.<br><br>Velocity Investments, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Case No. 12-80134 |

### ORDER OF JUDGMENT BY DEFAULT

**THIS MATTER** came before the Court upon the Complaint of the Plaintiff filed on April 10, 2012. The Summons and Complaint having been duly served and the Defendant having failed to Answer or otherwise make an Appearance,

**IT IS ORDERED, ADJUDGED AND DECREED**, that the Defendant, Velocity Investments, LLC, is in default and that the judgment by default be entered against said Defendant.

**IT IS ORDERED**, that the judgment (**Case No. 2012-CP-23-00020**) recorded in **Greenville County, South Carolina** does not create a lien on property presently owned or hereafter acquired by the debtor and that the judgment creditors' claim is an unsecured claim that is dischargeable in her Chapter 7 case. Further, either party may file said Order in any jurisdiction following one year after the debtor's discharge, the purpose of which is to declare the judgment void and of no effect as to the debtor and her property presently owned or later acquired.

**AND IT IS SO ORDERED.**